# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: John H. Brebbia,
Attorney at Law, Bar No. 3372

Case No. 2:24-ms-00030-APG

**ORDER OF SUSPENSION**

Attorney John H. Brebbia, State Bar No. 3372, was suspended by the Supreme Court of Nevada on July 2, 2024. On October 25, 2024, the court ordered Mr. Brebbia to show cause why this court should not impose reciprocal discipline and suspend him. ECF No. 1. The OSC provided Mr. Brebbia with 30 days to respond with reasons why he should not be suspended. No response has been received. Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that John H. Brebbia, Bar No. 3372, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th Day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 19 day of __December__ 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>John H. Brebbia
>3832 Helens Pouroff Ave.
>Las Vegas, NV 89085

>Certified Mail No.: 7020 3160 0000 7420 2145

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada